

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00220-CV

| | | |
|---|---|---|
| In the Interest of G.V., III and G.V., Children | § | From the 323rd District Court |
| | § | of Tarrant County (323-102780-16) |
| | § | December 18, 2017 |
| | § | Opinion by Justice Kerr |
| | § | Dissent by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Father and Mother shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr